FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JAN 13 PM 3:39
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>Marlon R. Harrison, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. 4:07-cr-00170-1 |

## O R D E R

On November 30, 2007, the Court sentenced Defendant to 262 months custody following his plea of guilty to possession with intent to distribute 50 grams or more of cocaine base. On July 8, 2015, the Court denied Defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines, as Defendant's career offender status rendered him ineligible for a sentence reduction.

On December 31, 2015, Defendant filed a motion requesting reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendments 706, 750, and 782 to the Sentencing Guidelines. Amendment 706 was already effective at the time Defendant was sentenced in November 2007; as such, any benefit applicable to him as a result of that Amendment was afforded to him at sentencing. As Defendant asserts, Amendments 750 and 782 indeed affected the Drug Quantity Table found at USSG § 2D1.1; however, neither amendment had the result of lowering the guideline range applicable to Defendant. Defendant's career offender status, which he neglects to acknowledge in his motion, prevented the

lowering of his guideline range and rendered him ineligible for a sentence reduction.

For the reasons set forth above, Defendant's motion for a reduced sentence pursuant to 18 U.S.C. § 3582(c)(2) is **DENIED**.

SO ORDERED this 13th day of January 2016.

                                  _____
                                  WILLIAM T. MOORE, JR.
                                  JUDGE, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF GEORGIA