# UNITED STATES DISTRICT COURT
for the

__Southern__ District of __Georgia__
Savannah Division

| | |
|---|---|
| United States of America <br> v. <br> Marlon R. Harrison <br><br> Date of Original Judgment:    November 26, 2007 <br> Date of Previous Amended Judgment:   November 30, 2007 <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> )   Case No:   4:07-cr-170-1 <br> ) <br> )   USM No:   09538-021 <br> ) <br> ) <br> )   Julianne Grow Glisson <br>      *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **DENIED.**    ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __November 30, 2007,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   July 12, 2019           _/s/ W.T. Moore_
                                                                    *Judge's signature*

Effective Date: _____       William T. Moore, Jr.
                                          Judge, U.S. District Court
*(if different from order date)*                       *Printed name and title*

FILED U.S. DISTRICT COURT SAVANNAH DIV. 2019 JUL 12 AM 11:07 CLERK SO. DIST. OF GA.